IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
D'LIVRO BEAUCHAMP; and      )
OBELISK HEALTHCARE, LLC,    )
                            )
    Plaintiffs,             )
                            )       CIVIL ACTION NO.
    v.                      )         2:11cv1029-MHT
                            )             (WO)
                            )
SPENSER CAPITAL GROUP,      )
INC. and DE LAGE LANDEN     )
FINANCIAL SERVICES, INC.,   )
                            )
    Defendants.             )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 179), it is the ORDER, JUDGMENT, and DECREE of the court that defendant De Lage Landen Financial Services, Inc. and the claims against it are dismissed with prejudice, costs taxed as paid.  Defendant De Lage Landen Financial Services, Inc. is terminated as a party.

It is further ORDERED that the motion to dismiss (doc. no. 132), motion to strike (doc. no. 153), and motion for summary judgment (doc. no. 168) are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 15th day of October, 2013.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE